UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
==========================================X
LETICIA Y. MORATAL,

                Plaintiff,

- against -                                         Docket No.: 10-CV-6008
                                                      **ANSWER**
                                                       **JURY DEMAND**

ELSA NOLASCO, AUGUSTO NOLASCO,
ROSAREIDA NOLASCO, and LAARNI N. SAVINO,
as an individual and as doing business as DANCENKIDS,
                                    Defendants.
==========================================X


**DEFENDANTS ELSA NOLASCO, AUGUSTO NOLASCO, ROSAREIDA NOLASCO'S ANSWERS TO PLAINTIFF'S AMENDED COMPLAINT**


       Defendants Elsa Nolasco, Augusto Nolasco, and Rosareida Nolasco (collectively "Defendants") by their attorneys, Gordon & Gordon, PC, hereby respond to Plaintiff's Amended Complaint as follows:

1. Defendants deny the allegations contained in paragraph 1 of the Amended Complaint.

2. Defendants deny the allegations contained in paragraph 2 of the Amended Complaint.

3. Defendants deny the allegations contained in paragraph 3 of the Amended Complaint.

4. Defendants deny the allegations contained in paragraph 4 of the Amended Complaint.

5. Defendants state that paragraphs 5 of the Amended Complaint assert legal conclusions, and therefore no response is required.

6. Defendants state that paragraphs 6 of the Amended Complaint assert legal conclusions, and therefore no response is required.

7. Defendants state that paragraphs 7 of the Amended Complaint assert legal conclusions, and therefore no response is required.

8. Defendants state that paragraphs 8 of the Amended Complaint assert legal conclusions, and therefore no response is required.

9. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 9 of the Amended Complaint.

10. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 10 of the Amended Complaint.

11. Defendants admit the allegations contained in paragraph 11 of the Amended Complaint.

12. Defendants admit the allegations contained in paragraph 12 of the Amended Complaint.

13. Defendants admit the allegations contained in paragraph 13 of the Amended Complaint.

14. Defendants admit the allegations contained in paragraph 14 of the Amended Complaint.

15. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 15 of the Amended Complaint.

16. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 16 of the Amended Complaint.

17. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 17 of the Amended Complaint.

18. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 18 of the Amended Complaint.

19. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 19 of the Amended Complaint.

20. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 20 of the Amended Complaint.

21. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 21 of the Amended Complaint.

22. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 22 of the Amended Complaint.

23. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 23 of the Amended Complaint.

24. Defendants admit the allegations contained in paragraph 24 of the Amended Complaint.

25. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 25 of the Amended Complaint.

26. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 26 of the Amended Complaint.

27. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 27 of the Amended Complaint.

28. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 28 of the Amended Complaint.

29. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 29 of the Amended Complaint.

30. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 30 of the Amended Complaint.

31. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 31 of the Amended Complaint.

32. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 32 of the Amended Complaint.

33. Defendants deny the allegations contained in paragraph 33 of the Amended Complaint.

34. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 34 of the Amended Complaint.

35. Defendants deny the allegations contained in paragraph 35 of the Amended Complaint.

36. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 36 of the Amended Complaint.

37. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 37 of the Amended Complaint.

38. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 38 of the Amended Complaint.

39. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 39 of the Amended Complaint.

40. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 40 of the Amended Complaint.

41. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 41 of the Amended Complaint.

42. Defendants deny the allegations contained in paragraph 42 of the Amended Complaint.

43. Defendants deny the allegations contained in paragraph 43 of the Amended Complaint.

44. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 44 of the Amended Complaint.

45. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 45 of the Amended Complaint.

46. Defendants deny the allegations contained in paragraph 46 of the Amended Complaint.

47. Defendants deny the allegations contained in paragraph 47 of the Amended Complaint.

48. Defendants deny the allegations contained in paragraph 48 of the Amended Complaint.

49. Defendants deny the allegations contained in paragraph 49 of the Amended Complaint.

50. Defendants deny the allegations contained in paragraph 50 of the Amended Complaint.

51. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 51 of the Amended Complaint.

52. Defendants deny the allegations contained in paragraph 52 of the Amended Complaint.

53. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 53 of the Amended Complaint.

54. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 54 of the Amended Complaint.

55. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 55 of the Amended Complaint.

56. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 56 of the Amended Complaint.

57. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 57 of the Amended Complaint.

58. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 58 of the Amended Complaint.

59. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 59 of the Amended Complaint.

60. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 60 of the Amended Complaint.

61. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 61 of the Amended Complaint.
62. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 62 of the Amended Complaint.
63. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 63 of the Amended Complaint.
64. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 64 of the Amended Complaint.
65. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 65 of the Amended Complaint.
66. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 66 of the Amended Complaint.
67. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 67 of the Amended Complaint.
68. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 68 of the Amended Complaint.
69. Defendants deny the allegations contained in paragraph 69 of the Amended Complaint.
70. Defendants deny the allegations contained in paragraph 70 of the Amended Complaint.
71. Defendants deny the allegations contained in paragraph 71 of the Amended Complaint.
72. Defendants deny the allegations contained in paragraph 72 of the Amended Complaint.
73. Defendants deny the allegations contained in paragraph 73 of the Amended Complaint.
74. Defendants deny the allegations contained in paragraph 74 of the Amended Complaint.
75. Defendants deny the allegations contained in paragraph 75 of the Amended Complaint.

76. Defendants deny the allegations contained in paragraph 76 of the Amended Complaint.

77. Defendants deny the allegations contained in paragraph 77 of the Amended Complaint.

78. Defendants deny the allegations contained in paragraph 78 of the Amended Complaint.

79. Defendants deny the allegations contained in paragraph 79 of the Amended Complaint.

80. Defendants deny the allegations contained in paragraph 80 of the Amended Complaint.

81. Defendants deny the allegations contained in paragraph 81 of the Amended Complaint.

82. Defendants deny the allegations contained in paragraph 82 of the Amended Complaint.

83. Defendants deny the allegations contained in paragraph 83 of the Amended Complaint.

84. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 84 of the Amended Complaint.

85. Defendants deny the allegations contained in paragraph 85 of the Amended Complaint.

86. Defendants deny the allegations contained in paragraph 86 of the Amended Complaint.

87. Defendants deny the allegations contained in paragraph 87 of the Amended Complaint.

88. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 88 of the Amended Complaint.

89. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 89 of the Amended Complaint.

90. Defendants deny the allegations contained in paragraph 90 of the Amended Complaint.

91. Defendants deny the allegations contained in paragraph 91 of the Amended Complaint.

92. Defendants deny the allegations contained in paragraph 92 of the Amended Complaint.

93. Defendants deny the allegations contained in paragraph 93 of the Amended Complaint.

94. Defendants deny the allegations contained in paragraph 94 of the Amended Complaint.

95. Defendants deny the allegations contained in paragraph 95 of the Amended Complaint.

96. Defendants deny the allegations contained in paragraph 96 of the Amended Complaint.

97. Defendants deny the allegations contained in paragraph 97 of the Amended Complaint.

98. Defendants deny the allegations contained in paragraph 98 of the Amended Complaint.

99. Defendants deny the allegations contained in paragraph 99 of the Amended Complaint.

100. Defendants deny the allegations contained in paragraph 100 of the Amended Complaint.

101. Defendants deny the allegations contained in paragraph 101 of the Amended Complaint.

102. Defendants state that paragraph 102 of the Amended Complaint does not require a response.

103. Defendants state that paragraphs 103 of the Amended Complaint assert legal conclusions, and therefore no response is required.

104. Defendants state that paragraphs 104 of the Amended Complaint assert legal conclusions, and therefore no response is required.

105. Defendants deny the allegations contained in paragraph 105 of the Amended Complaint.

106. Defendants deny the allegations contained in paragraph 106 of the Amended Complaint.

107. Defendants deny the allegations contained in paragraph 107 of the Amended Complaint.

108. Defendants deny the allegations contained in paragraph 108 of the Amended Complaint.

109. Defendants deny the allegations contained in paragraph 109 of the Amended Complaint.

110. Defendants deny the allegations contained in paragraph 110 of the Amended Complaint.

111. Defendants deny the allegations contained in paragraph 111 of the Amended Complaint.

112. Defendants state that paragraphs 112 of the Amended Complaint assert legal conclusions, and therefore no response is required.

113. Defendants state that paragraph 113 of the Amended Complaint does not require a response.

114. Defendants state that paragraphs 114 of the Amended Complaint assert legal conclusions, and therefore no response is required.

115. Defendants deny the allegations contained in paragraph 115 of the Amended Complaint.

116. Defendants deny the allegations contained in paragraph 116 of the Amended Complaint.

117. Defendants deny the allegations contained in paragraph 117 of the Amended Complaint.

118. Defendants deny the allegations contained in paragraph 118 of the Amended Complaint.

119. Defendants deny the allegations contained in paragraph 119 of the Amended Complaint.

120. Defendants state that paragraphs 120 of the Amended Complaint assert legal conclusions, and therefore no response is required.

121. Defendants state that paragraph 121 of the Amended Complaint does not require a response.

122. Defendants deny the allegations contained in paragraph 122 of the Amended Complaint.

123. Defendants deny the allegations contained in paragraph 123 of the Amended Complaint.

124. Defendants deny the allegations contained in paragraph 124 of the Amended Complaint.

125. Defendants state that paragraphs 125 of the Amended Complaint assert legal conclusions, and therefore no response is required.

126. Defendants state that paragraph 126 of the Amended Complaint does not require a response.

127. Defendants deny the allegations contained in paragraph 127 of the Amended Complaint.

128. Defendants deny the allegations contained in paragraph 128 of the Amended Complaint.

129. Defendants deny the allegations contained in paragraph 129 of the Amended Complaint.

130. Defendants deny the allegations contained in paragraph 130 of the Amended Complaint.

131. Defendants deny the allegations contained in paragraph 131 of the Amended Complaint.

132. Defendants deny the allegations contained in paragraph 132 of the Amended Complaint.

133. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 133 of the Amended Complaint.

134. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 134 of the Amended Complaint.

135. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 135 of the Amended Complaint.

136. Defendants deny the allegations contained in paragraph 136 of the Amended Complaint.

137. Defendants deny the allegations contained in paragraph 137 of the Amended Complaint.

138. Defendants deny the allegations contained in paragraph 138 of the Amended Complaint.

139. Defendants state that paragraph 139 of the Amended Complaint does not require a response.

140. Defendants deny the allegations contained in paragraph 140 of the Amended Complaint.

141. Defendants deny the allegations contained in paragraph 141 of the Amended Complaint.

142. Defendants deny the allegations contained in paragraph 142 of the Amended Complaint.

143. Defendants deny the allegations contained in paragraph 143 of the Amended Complaint.

144. Defendants deny the allegations contained in paragraph 144 of the Amended Complaint.

145. Defendants state that paragraphs 145 of the Amended Complaint assert legal conclusions, and therefore no response is required.

146. Defendants state that paragraph 146 of the Amended Complaint does not require a response.

147. Defendants deny the allegations contained in paragraph 147 of the Amended Complaint.

148. Defendants deny the allegations contained in paragraph 148 of the Amended Complaint.

149. Defendants state that paragraphs 149 of the Amended Complaint assert legal conclusions, and therefore no response is required.

150. Defendants state that paragraph 150 of the Amended Complaint does not require a response.

151. Defendants deny the allegations contained in paragraph 151 of the Amended Complaint.

152. Defendants state that paragraphs 152 of the Amended Complaint assert legal conclusions, and therefore no response is required.

153. Defendants deny the allegations contained in paragraph 153 of the Amended Complaint.

154. Defendants deny the allegations contained in paragraph 154 of the Amended Complaint.

155. Defendants state that paragraphs 155 of the Amended Complaint assert legal conclusions, and therefore no response is required.

156. Defendants state that paragraph 156 of the Amended Complaint does not require a response.

157. Defendants deny the allegations contained in paragraph 157 of the Amended Complaint.

158. Defendants deny the allegations contained in paragraph 158 of the Amended Complaint.

159. Defendants state that paragraphs 159 of the Amended Complaint assert legal conclusions, and therefore no response is required.

160. Defendants state that paragraph 160 of the Amended Complaint does not require a response.

161. Defendants deny the allegations contained in paragraph 161 of the Amended Complaint.

162. Defendants state that paragraphs 162 of the Amended Complaint assert legal conclusions, and therefore no response is required.

163. Defendants state that paragraph 163 of the Amended Complaint does not require a response.

164. Defendants deny the allegations contained in paragraph 164 of the Amended Complaint.

165. Defendants deny the allegations contained in paragraph 165 of the Amended Complaint.

166. Defendants deny the allegations contained in paragraph 166 of the Amended Complaint.

### FIRST AFFIRMATIVE DEFENSE

The Amended Complaint fails to states a claim against Defendants upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims against Defendants are barred in whole or in part because Plaintiff's claims fail to establish Plaintiff's reasonable reliance.

### THIRD AFFIRMATIVE DEFENSE

The claims against Defendants are barred in whole or in part by the doctrine of laches.

### FOURTH AFFIRMATIVE DEFENSE

The claims against Defendants are barred in whole or in part by the doctrine of unclean hands.

### FIFTH AFFIRMATIVE DEFENSE

A defense may be founded upon the documentary evidence in these actions.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery of punitive damages because she has not alleged and cannot prove any acts or omissions by Defendants that would support an award of punitive damages as a matter of law.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff has not sustained any injury. An award of damages would unjustly enrich the Plaintiff.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff along with unknown conspirators including individuals and agency promoting human rights have concocted allegations solely to fit within the elements

necessary to establish various violations under the illegal trafficking statutes and wage violations. Plaintiff falsely claims that her stay within the Nolasco family was met with violence and threats when in actuality Plaintiff was treated as a member of the Nolasco family, accepting the honor of being godmother to Defendant Laarni Savino's daughter. Plaintiff falsely claims that her passport was taken by the Defendants to further perpetuate a scheme and leverage to remain under the alleged enslavement of the Noaslcos. When at all times, Plaintiff kept her passport within her own possession. Plaintiff falsely alleges that the Defendant failed to pay to her or on her behalf monies due for acting as a domestic when in actuality Plaintiff received approximately $100,000 over a ten (10) year period. Plaintiff falsely alleges that she was compelled to work overtime of more then forty (40) additional hours per week when in actuality she never worked more than forty-four (44) hours per week and during such time consisted of watching television in her bedroom. Plaintiff and other unknown conspirators have further committed fraud by seeking out the Filipino newspapers to articulate a tale that the Nolascos committed terrible acts to her for the purpose of securing monies in a settlement.

## **RELIEF REQUESTED**

WHEREFORE, Defendants respectfully request this Court enter Judgment in her favor, and against Plaintiffs, as follows:

(a) Dismissing Plaintiffs' Amended Complaint;

(b) Denying Plaintiffs' request for relief against Defendants;

    (c) Ordering Plaintiffs to pay all costs, charges, and disbursements, including reasonable attorney's fees, incurred by Defendants in the defense of this action; and

    (d) Awarding such other and further relief to Defendants as it may deem appropriate.

Dated:    May 31, 2011
            Forest Hills, NY

                                          Sincerely yours,

                                          /Peter S. Gordon/

                                          Peter S. Gordon, Esq.
                                          *Attorney for Defendants Nolascos*
                                          Gordon & Gordon, PC
                                          108-18 Queens Blvd. 6th Fl
                                          Forest Hills, NY 11375