BRESSLER, AMERY & ROSS
A Professional Corporation
17 State Street
New York, New York  10004
(212) 425-9300
Attorneys for Defendant Laarni N. Savino

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

LETICIA Y. MORATAL,

Plaintiff,

v.

ELSA NOLASCO, AUGUSTO NOLASCO,
ROSAREIDA NOLASCO, and LAARNI N.
SAVINO as an individual and as doing
business as DANCEKIDS,

Defendants.

Civil Action No. 10-cv--6008

**STIPULATION OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, counsel

for the parties thereto, that the within action be and hereby is dismissed with prejudice and

without costs as to Defendant Laarni N. Savino only.

LAW OFFICE OF FELIX Q. VINLUAN

By

Felix Q. Vinluan, Esq.
Attorneys for Plaintiff
Leticia Y. Moratal

Dated:  7/26/2011

BRESSLER, AMERY & ROSS, P.C.

By:

Michael T. Hensley, Esq.
Attorneys for Defendant
Laarni N. Savino

Dated:  7/25/11